The People of the State of New York, Respondent,
*v.* George Edel and Timothy McCarthy, Appellants.

Argued May 26, 1941; decided July 29, 1941.

*Joseph S. Moore* and *Francis C. Moore* for appellants.

*Thomas E. Dewey,* District Attorney (*Whitman Knapp* and *Stanley H. Fuld* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.